JOHN W. HUBER, United States Attorney (#7226)
RUTH HACKFORD-PEER, Assistant United States Attorney (#15049)
JACOB J. STRAIN, Assistant United States Attorney (#12680)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
US DISTRICT COURT
2018 JUN 13 A 11:58
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL SCOTT FRISCHKNECHT,<br><br>Defendant. | INDICTMENT<br><br>Vios.:<br><br>18 U.S.C. § 1503 [Obstruction of Justice] (Count 1)<br><br>18 U.S.C. § 1028(a)(7) [Unlawful Use of Means of Identification] (Count 2) |

The Grand Jury charges:

Case: 2:18-cr-00293
Assigned To : Benson, Dee
Assign. Date : 6/13/2018
Description:

**Count 1
18 U.S.C. § 1503
(Obstruction of Justice)**

On or about May 24, 2018, in the Northern Division of the District of Utah,

**DANIEL SCOTT FRISCHKNECHT,**

the defendant herein, did knowingly and corruptly influence, obstruct, and impede and endeavor to influence, obstruct, and impede the due administration of justice in *United States of America v. Daniel Scott Frischknecht*, Case Number 1:17-cr-00061-DAK, in the United States District Court for the District of Utah, in that the defendant produced and submitted and willfully caused to be produced and submitted to the Court a forged and fraudulent letter in support for purposes of the sentencing hearing scheduled for May 30, 2018;

All in violation of 18 U.S.C. § 1503 and 18 U.S.C. § 2(b).

## Count 2
## 18 U.S.C. § 1028(a)(7)
### (Unlawful Use of Means of Identification)

On or about May 24, 2018, in the Northern Division of the District of Utah,

**DANIEL SCOTT FRISCHKNECHT,**

the defendant herein, did, without lawful authority, knowingly possess and use a means of identification of another person, to wit, the names, signatures, and professional address of J.P. and S.P., in connection with unlawful activity that constitutes a violation of Federal law, to wit, a violation of 18 U.S.C. § 1503 as alleged in Count 1, incorporated herein by reference; and such possession and use of the means of identification affected interstate commerce by the transfer of a document by electronic means; and did willfully cause an act to be done which if directly performed would be an offense;

All in violation of 18 U.S.C. §§ 1028(a)(7) and (c)(3)(A) and 18 U.S.C. § 2(b), and punishable under 18 U.S.C. § 1028(b)(2)(B).

A TRUE BILL:

/S/
FOREPERSON OF GRAND JURY

JOHN W. HUBER
UNITED STATES ATTORNEY

RUTH HACKFORD-PEER
JACOB J. STRAIN
Assistant United States Attorneys