AO 442

UNITED STATES OF AMERICA
v.
Frischknecht

**WARRANT FOR ARREST**

CASE NUMBER: 2:18-cr-00293-001 DB

ORIGINAL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DANIEL SCOTT FRISCHKNECHT**
<sub>Name</sub>

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Obstruction of Justice; Unlawful Use of Means of Identification; Aiding and Abetting**

in violation of 18:1503; 18:1028(a)(7); 18:2(b)     United States Code.

| D. Mark Jones | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |

June 13, 2018 at Salt Lake City, Utah
Signature of Issuing Officer / Date and Location

By: Becky Harris
Deputy Clerk

Bail fixed _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/13/2018 | Jeff Kirkwood | [signature] |
| DATE OF ARREST | Special Agent | |
| 6/13/2018 | | |